



1  MORGAN, LEWIS & BOCKIUS LLP
   ANNE M. BRAFFORD, State Bar No. 237574
2  Email: abrafford@morganlewis.com
   S. SEAN KUNDU, State Bar No. 252410
3  Email: skundu@morganlewis.com
   5 Park Plaza, Suite 1750
4  Irvine, CA  92614
   Tel:  949.399.7000
5  Fax:  949.399.7001

6  Attorneys for Defendants
   BOSTON SCIENTIFIC CORPORATION,
7  GUIDANT SALES LLC (erroneously sued as
   GUIDANT CORP.), and J. RAYMOND ELLIOTT
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 DOUGLAS NOCK,                    Case No. _____

12            Plaintiff,           **SACV11-00375** DOC
                                              CRNB,
13       vs.                       NOTICE OF REMOVAL

14 BOSTON SCIENTIFIC CORP.,        [28 U.S.C. §§ 1441 AND 1446]
   GUIDANT CORP., RAY ELLIOTT,
15 DOES 1-70,

16            Defendants.          Complaint Filed: December 9, 2010

17

18 **TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL**

19 **DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS**

20 **ATTORNEYS OF RECORD:**

21      PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441 and 1446,

22 Defendants BOSTON SCIENTIFIC CORPORATION, GUIDANT SALES LLC

23 (erroneously sued as GUIDANT CORP.)[1] and J. RAYMOND ELLIOTT

24 ("Defendants") remove the above-entitled action from the Superior Court of the

25 State of California in and for the County of Orange to the United States District

26

27 _____
   [1] Guidant Sales Corporation no longer exists.  The current and proper entity is
28 Guidant Sales LLC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22206683.1                              DEFENDANTS' NOTICE OF REMOVAL

1    Court for the Central District of California.  In support of this removal, Defendants

2    state the following:

3         1.    Plaintiff Douglas Nock ("Plaintiff") was employed by Defendants as a

4    Sales Representative to promote and sell medical devices, including pacemakers

5    and related equipment.  Due to continuing performance problems, Plaintiff was

6    terminated on December 11, 2009.  On December 9, 2010, Plaintiff filed a

7    complaint in the Superior Court of the State of California in and for the County of

8    Orange, entitled *Douglas Nock v. Boston Scientific Corp., et. al.*, Case No. 30-

9    2010-00431574 (the "Complaint").  Plaintiff alleges two counts arising from his

10   employment with Defendants, including: (1) wrongful termination in violation of

11   public policy and (2) defamation.

12   **I.    TIMELY REMOVAL**

13        2.    On February 4, 2011, Plaintiff served Defendant Boston Scientific

14   Corporation and Defendant Guidant Sales LLC with a Summons, the Complaint,

15   and related documents by process server.  A true and correct copy of Plaintiff's

16   Complaint is attached hereto as Exhibit A.  True and correct copies of the summons

17   served upon Defendant Boston Scientific Corporation and Defendant Guidant Sales

18   LLC are attached hereto as Exhibit B.

19        3.    Because this Notice of Removal is filed within thirty days of service of

20   the Summons and Complaint, it is timely under 28 U.S.C. §§ 1446(b) and 1453.

21   **II.    DIVERSITY JURISDICTION EXISTS**

22        4.    This action is one over which this Court has original jurisdiction under

23   28 U.S.C. § 1332(a) and is one which may be removed by Defendants pursuant to

24   28 U.S.C. § 1441.  This is a civil action that is between citizens of different states

25   and where Plaintiff appears more than likely to claim an amount in controversy that

26   exceeds $75,000, exclusive of interest and costs.

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22206683.1                        2              DEFENDANTS' NOTICE OF REMOVAL

**A.   Diversity Of Citizenship Exists**

5.     Plaintiff's Complaint indicates that he is, and at all times alleged in the Complaint was, a citizen of the State of California.  Complaint ¶ 7.

6.     For diversity purposes, a corporation is a citizen of the state in which it is incorporated and the state that constitutes its principal place of business.  28 U.S.C. § 1332(c)(1).  The "principal place of business" for the purpose of determining diversity subject matter jurisdiction  28 U.S.C. § 1332 refers "to the place where a corporation's officers direct, control, and coordinate the corporation's activities…[I]n practice it should normally be the place where the corporation maintains its headquarters-provided that the headquarters is the actual center of direction, control, and coordination, i.e., the "nerve center," and not simply an office where the corporation holds its board meetings[.]" *See Hertz Corp. v. Friend*, 130 S.Ct. 1181, 1192 (2010)

7.     Defendant Boston Scientific Corporation is incorporated under the laws of the State of Delaware.  *See* Declaration of Cortney Dawson ("Dawson Decl.") ¶ 2, attached hereto as Exhibit C.

8.     Currently, prior to, and since the commencement of this action, Defendant Boston Scientific Corporation has maintained its principal place of business and corporate headquarters in Natick, Massachusetts.  *Id.*  Defendant Boston Scientific Corporation's executive and administrative functions are performed in Massachusetts.  *Id.*

9.     Plaintiff names "Guidant Corporation" as a Defendant but that entity was not Plaintiff's employer.  Plaintiff was employed by Guidant Sales Corporation, which was reorganized and became Defendant Guidant Sales LLC, which is a limited liability corporation incorporated under the laws of the State of Indiana.  *Id.* at ¶¶ 3-4.

10.     Currently, prior to and since the commencement of this action, Defendant Guidant Sales LLC has maintained its principal place of business and

1    corporate headquarters in Minnesota.  Defendant Guidant Sales LLC's executive

2    and administrative functions are performed from Minnesota.  *Id.* at ¶ 5.

3        11.    Defendant J. Raymond Elliott is, and at all times alleged in the

4    Complaint was, a citizen of the State of Massachusetes.  *Id.* at ¶ 6.

5        12.    Plaintiff's Complaint also names as defendants "DOES 1 through 20."

6    The citizenship of fictitiously named "Doe" defendants, however, is disregarded for

7    removal purposes.  28 U.S.C. § 1441(a).

8        13.    Accordingly, the requirement of diversity of citizenship has been met.

9    **B.    The Amount-In-Controversy Requirement Is Satisfied**

10        14.    Removal is proper if, from the allegations of the Complaint and the

11   Notice of Removal, it is more likely than not that the amount in controversy

12   exceeds $75,000.  *Luckett v. Delta Airlines, Inc.*, 171 F. 3d 295, 298 (5th Cir.

13   1999); *Sanchez v. Monumental Life Ins. Co.*, 102 F. 3d 398, 403-04 (9th Cir. 1996).

14        15.    In determining whether the jurisdictional minimum is met, courts

15   consider all recoverable damages, including emotional distress damages, punitive

16   damages, statutory penalties, and attorneys' fees.  *Hunt v. Washington State Apple*

17   *Advertising Comm'n*, 432 U.S. 333, 347-48 (1977); *Gibson v. Chrysler Corp.*, 261

18   F.3d 927, 945 (9th Cir. 2001); *Galt G/S v. JSS Scandinavia*, 142 F. 3d 1150, 1155-

19   56 (9th Cir. 1998).

20

21        16.    Plaintiff's complaint alleges damages of $20 million.  Complaint, ¶ 10.

22   While Defendants deny any and all liability to Plaintiff, the amount in controversy

23

24

25

26

27

28

1    is determined based on the plaintiff's allegations in the complaint.[2]  Here,

2    Plaintiff's allegations demonstrate that the amount in controversy exceeds $75,000.

3        17.    Plaintiff alleges that he was unlawfully terminated and defamed by

4    Defendants and seeks damages and attorneys' fees as a result.  Complaint ¶¶ 9-10.

5        18.    Allegations relating to emotional distress and outrageous conduct, like

6    Plaintiff's allegations here, have been held sufficient to satisfy the amount in

7    controversy requirement.  *See Egan v. Premier Scales & Sys.,* 237 F. Supp. 2d 774,

8    776 (W.D. Ky. 2002) (where plaintiff sought damages for embarrassment,

9    humiliation, and willful, malicious and outrageous conduct, the court held that the

10   defendant could "easily make the case that the claims are more likely than not to

11   reach the federal amount in controversy requirement").

12       19.    Further, in employment actions, juries in California and elsewhere

13   have returned verdicts with substantial awards for compensatory damages that far

14   exceed $75,000.  *See EEOC v. Harris Farms, Inc.,* Docket No. 02-CV-06199-

15   AW1-LJ0 (E.D. Cal. Jan. 24, 2005) (jury verdict included damages for $53,000 in

16   past earnings, $91,000 in future earnings, and $350,000 in emotional distress

17   damages); *Astor v. Rent-A-Center,* Docket No: 03AS048644 (Sacramento Cty.

18   Superior Court Aug. 5, 2005) (jury verdict included $369,000 in economic damages

19   and $250,000 in noneconomic damages); *Pansacola v. Malaysia Airlines,* Docket

---

[2]  *See Korn v. Polo Ralph Lauren Corp.,* 536 F. Supp. 2d 1199, 1205 (E.D. Cal.
2008) ("In measuring the amount in controversy, a court must assume that the
allegations of the complaint are true and that a jury will return a verdict for the
plaintiff on all claims made in the complaint. The ultimate inquiry is what
amount is put 'in controversy' by the plaintiff's complaint, not what a defendant
will *actually* owe.").

1   No.: CV045944 (C.D. Cal. Feb. 6, 2006) (jury verdict of $237,537, $160,00 of which

2   was for punitive damages).

3       20.   Plaintiff also seeks to recover for lost earnings.  Plaintiff's total

4   compensation in 2009 was over $400,000.  *See* Dawson Decl. ¶ 7.  Accordingly,

5   recovery of even one year of lost earnings would alone well exceed the

6   jurisdictional minimum of $75,000.

7

8       21.   Based on a conservative good faith estimate of the value of the alleged

9   damages in this action, the amount in controversy in this case well exceeds $75,000

10  exclusive of interest and costs.  *See Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029,

11  1031-35 (N.D. Cal. 2002) (holding that Plaintiff's damage claim, including lost

12  wages, medical expenses, emotional distress and attorneys' fees, was enough to put

13  the amount in controversy above $75,000).

14  **III.   THE OTHER PREREQUISITES FOR REMOVAL HAVE BEEN
       SATISFIED**

15

16      22.   Pursuant to 28 U.S.C. § 1446(a), the documents attached hereto as

17  Exhibits A and B constitute all the process, pleadings, and orders filed in this action

18  in the Superior Court of the State of California in and for the County of Orange of

19  which Defendants are aware.

20      23.   Venue is proper in this district, pursuant to 28 U.S.C. § 1441(a),

21  because it embraces the state court where the removed action has been pending.

22      24.   Defendants promptly will serve Plaintiff with this Notice of Removal

23  and promptly will file a copy of this Notice of Removal with the clerk of the state

24  court in which the removed action has been pending, pursuant to 28 U.S.C.

25  § 1446(d).

26      25.   If any question arises as to the propriety of the removal of this action,

27  Defendants request the opportunity to present a brief and oral argument in support

28  of their position that this case is properly removed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1    WHEREFORE, Defendants respectfully request that this action be removed

2  from the Superior Court of the State of California in and for the County of Orange

3  to the United States District Court for the Central District of California, and that all

4  future proceedings in this matter take place in the United States District Court for

5  the Central District of California.

6  Dated:    March 7, 2011                    MORGAN, LEWIS & BOCKIUS LLP
                                              ANNE M. BRAFFORD
7                                             S. SEAN KUNDU

8

9                                             By _____

10                                            Anne M. Brafford
                                              S. Sean Kundu
11                                            Attorneys for Defendants
                                              BOSTON SCIENTIFIC
12                                            CORPORATION, GUIDANT
                                              SALES LLC (erroneously sued as
13                                            GUIDANT CORP.), and J.
                                              RAYMOND ELLIOTT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

PLD-C-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Douglas Nock, In Pro Per
17 Starlight Isle
Ladera Ranch, CA 92694

TELEPHONE NO.: (949) 784-9237          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 09 2010

ALAN CARLSON, Clerk of the Court
BY_____ R. RIVAS _____DEPUTY

PLAINTIFF: Douglas Nock

DEFENDANT: Boston Scientific Corp., a business entity,
Guidant Corp., a business entity, and
Ray Elliott, an individual.

[✓] DOES 1 TO 70

CONTRACT
[✓] COMPLAINT          [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded   [ ] does not exceed $10,000
                      [ ] exceeds $10,000 but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
30-2010
00431574

1. Plaintiff (name or names):
Douglas Nock
alleges causes of action against defendant* (name or names):
Boston Scientific Corp., a business entity of form unknown, and Guidant Corp., a business entity of form
2. This pleading, including attachments and exhibits, consists of the following number of pages: unknown, and Ray Elliott,
3. a. Each plaintiff named above is a competent adult                                                  an individual.
      [ ] except plaintiff (name):
          (1) [ ] a corporation qualified to do business in California
          (2) [ ] an unincorporated entity (describe):
          (3) [ ] other (specify):

   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [✓] except defendant (name): Boston Scientific          [✓] except defendant (name): Guidant Corp.
          (1) [✓] a business organization, form unknown           (1) [✓] a business organization, form unknown
          (2) [ ] a corporation                                    (2) [ ] a corporation
          (3) [ ] an unincorporated entity (describe):             (3) [ ] an unincorporated entity (describe):

          (4) [ ] a public entity (describe):                      (4) [ ] a public entity (describe):

          (5) [ ] other (specify):                                 (5) [ ] other (specify):

JUDGE JAMOA A. MOBERLY
DEPT. C12

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]          COMPLAINT—Contract          Code of Civil Procedure, § 425.12

EXHIBIT A - PAGE 1

| SHORT TITLE: | | PLD-C-001 |
|---|---|---|
| Nock v. Boston Scientific, et al. | CASE NUMBER: | |

**4.** (Continued)

   b. The true names of defendants sued as Does are unknown to plaintiff.

     (1) ☑ Doe defendants (specify Doe numbers): 1-40 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

     (2) ☑ Doe defendants (specify Doe numbers): 41-70 _____ are persons whose capacities are unknown to plaintiff.

   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

**5.** ☐ Plaintiff is required to comply with a claims statute, and

   a. ☐ has complied with applicable claims statutes, or

   b. ☐ is excused from complying because (specify):

**6.** ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

**7.** This court is the proper court because

   a. ☐ a defendant entered into the contract here.

   b. ☐ a defendant lived here when the contract was entered into.

   c. ☐ a defendant lives here now.

   d. ☐ the contract was to be performed here.

   e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.

   f. ☐ real property that is the subject of this action is located here.

   g. ☑ other (specify):

     Plaintiff lives in Orange County

**8.** The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

   ☐ Breach of Contract

   ☐ Common Counts

   ☑ Other (specify):

     Claim #1:  Wrongful Termination In Violation of Public Policy; Claim #2:  Defamation

**9.** ☑ Other allegations:

   Plaintiff's employment was unlawfully terminated in violation of public policy on December 11, 2009. Plaintiff was terminated on pretextual grounds and for reasons that were (see addendum sheet)

**10.** Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. ☑ damages of: $ 20,000,000

   b. ☑ interest on the damages

     (1) ☑ according to proof

     (2) ☐ at the rate of (specify): percent per year from (date):

   c. ☑ attorney's fees

     (1) ☐ of: $

     (2) ☑ according to proof.

   d. ☑ other (specify):

     for such other and further relief as is just and proper.

**11.** ☑ The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph numbers):

   4-10

Date: December 9, 2010

Douglas Nock

(TYPE OR PRINT NAME) ▶ _____ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

(If you wish to verify this pleading, affix a verification.)

**EXHIBIT A - PAGE 2**

| SHORT TITLE:                         | CASE NUMBER: |
|--------------------------------------|--------------|
| Nock v. Boston Scientific, et al.    |              |

9. (cont.) contrary to the public policy of California. Plaintiff was provided no severance and lost valuable stock options and other compensation due to the termination. Plaintiff then was wrongfully defamed via false assertions to the effect that he committed fraudulent and criminal acts.

Plaintiff alleges the acts of defamation by Defendants were designed to discredit him and to cause loss of income, loss of reputation, and other damages. The acts of defamation were published both internally within Boston Scientific and externally to other third parties. The acts of defamation took place on a continuous basis commencing approximately December 10, 2009 and continuing several months thereafter.

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page _____

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Douglas Nock, In Pro Per
17 Starlight Isle
Ladera Ranch, CA 92694
  TELEPHONE NO.: (949) 784-9237            FAX NO.:
ATTORNEY FOR (Name): In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE
  STREET ADDRESS: 700 Civic Center Drive West
  MAILING ADDRESS: 700 Civic Center Drive West
  CITY AND ZIP CODE: Santa Ana, CA 92701
  BRANCH NAME: Central

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 09 2010

ALAN CARLSON, Clerk of the Court

BY: S RIVAS

CASE NAME:
Douglas Nock v. Boston Scientific Corp., Guidant Corp, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 30-2010 00431574 |
|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: JUDGE JAMOA A. MOBERLY DEPT. C12 |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [✓] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify): 2
5. This case [ ] is [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: December 9, 2010
Douglas Nock
_____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT A - PAGE 4

# EXHIBIT "B"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Boston Scientific Corp., a business entity, Guidant Corp., a business entity, and Ray Elliott, an individual. Does 1 to 70

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Douglas Nock

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

FEB 04 2011

ALAN CARLSON, Clerk of the Court

BY  N. DORFMAN

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* | **CASE NUMBER:** *(Número del Caso):* 30-2010-00431574 |

Superior Court of California, County of Orange
700 Civic Center Drive West, Santa Ana, CA 92701

Judge Jamoa A. Moberly

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Dept. C12

Douglas Nock, In Pro Per, 17 Starlight Isle, Ladera Ranch, CA 92694  (949) 784-9237

| | | | |
|---|---|---|---|
| DATE: *(Fecha)* FEB 04 2011 | **ALAN CARLSON** | Clerk, by *(Secretario)* | Natashadi, Deputy *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*  N. DORFMAN

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☑ on behalf of (specify): Boston Scientific Corp., a business entity

under: ☑ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

| | |
|---|---|
| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |

**EXHIBIT B - PAGE 5**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Boston Scientific Corp., a business entity, Guidant Corp., a business entity, and Ray Elliott, an individual.  Does 1 to 70

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Douglas Nock

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**FEB 04 2011**

ALAN CARLSON, Clerk of the Court

BY: N. DORFMAN , DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* 30-2010-00431574 |

Superior Court of California, County of Orange
700 Civic Center Drive West, Santa Ana, CA 92701

Judge Jamoa A. Moberly
Dept. C12

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Douglas Nock, In Pro Per, 17 Starlight Isle, Ladera Ranch, CA 92694  (949) 784-9237

| DATE: | Clerk, by | , Deputy |
|---|---|---|
| *(Fecha)* FEB 04 2011 ALAN CARLSON | *(Secretario)* N. DORFMAN | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* GUIDANT CORP., A BUSINESS ENTITY

   under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

EXHIBIT B - PAGE 6

# EXHIBIT "C"

1   MORGAN, LEWIS & BOCKIUS LLP
    ANNE M. BRAFFORD, State Bar No. 237574
2   Email: abrafford@morganlewis.com
    S. SEAN KUNDU, State Bar No. 252410
3   Email: skundu@morganlewis.com
    5 Park Plaza, Suite 1750
4   Irvine, CA 92614
    Tel: 949.399.7000
5   Fax: 949.399.7001

6   Attorneys for Defendants
    BOSTON SCIENTIFIC CORPORATION,
7   GUIDANT SALES LLC (erroneously sued as
    GUIDANT CORP.), and J. RAYMOND ELLIOTT
8

9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

| 12  DOUGLAS NOCK, | Case No. |
|---|---|
| 13              Plaintiff, | **DECLARATION OF CORTNEY DAWSON IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |
| 14         vs. | |
| 15  BOSTON SCIENTIFIC CORP., GUIDANT CORP., RAY ELLIOTT, DOES 1-70, | |
| 16 | Complaint Filed: December 9, 2010 |
| 17              Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22206728.2

1    I, Cortney Dawson, declare as follows:

2        1.    I currently am employed by Defendant Boston Scientific Corporation

3    as a Senior Legal Specialist.  The facts stated herein are known to me based on my

4    personal knowledge and Defendant Boston Scientific Corporation's and Defendant

5    Guidant Sales LLC's business records.  If called to testify, I could and would

6    competently testify to the following.

7        2.    Defendant Boston Scientific Corporation is incorporated under the

8    laws of the State of Delaware.  Currently, prior to and since the commencement of

9    this action, Defendant Boston Scientific Corporation has maintained its principal

10   place of business and corporate headquarters in Natick, Massachusetts.  All of

11   Defendant Boston Scientific Corporation's executive and administrative functions

12   are performed in Massachusetts.

13       3.    Plaintiff Douglas Nock names "Guidant Corporation" as a Defendant

14   but that entity was not Plaintiff's employer.[1]  Plaintiff was employed by Guidant

15   Sales Corporation, which was reorganized and became Defendant Guidant Sales

16   LLC.

17       4.    Defendant Guidant Sales LLC is a limited liability corporation

18   incorporated under the laws of the State of Indiana.

19       5.    Currently, prior to and since the commencement of this action,

20   Defendant Guidant Sales LLC has maintained its principal place of business and

21   corporate headquarters in Minnesota.  All of Defendant Guidant Sales LLC's

22   executive and administrative functions are performed from Minnesota.

23       6.    Defendant J. Raymond Elliott is the President and Chief Executive

24   Officer of Boston Scientific Corporation.  Mr. Elliott is a citizen of Massachusetts.

25   He has never resided in California.

26

27   _____

[1] Guidant Corporation was reorganized and became Guidant LLC, which is
28   incorporated under the laws of the State of Indiana and maintains its principal place
     of Indiana.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22206728.2                    2        DECLARATION OF CORTNEY DAWSON
                                           IN SUPPORT OF NOTICE OF REMOVAL
                                           **EXHIBIT C - PAGE 8**

7.   Plaintiff Douglas Nock's personnel records reflect that Plaintiff was hired by Defendants on or about April 17, 1995, and terminated on December 11, 2009.  Effective February 18, 2008 and until his termination, Plaintiff earned a base salary of $230,050.00.  Effective November 26, 2007 through February 17, 2008, Plaintiff's base salary was $215,000.00, and from March 1, 2007 through November 25, 2007, Plaintiff's base salary was $200,316.00.  Plaintiff also earned commissions of approximately $190,526.24 in 2007, $232,521.00 in 2008, and $181,281.13 in 2009.

I declare the foregoing facts to be true and correct under penalty of perjury pursuant to the laws of the state of California and the United States of America.

Executed on March 4, 2011, in St. Paul, Minnesota.

_____
Cortney Dawson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22206728.2

3

DECLARATION OF CORTNEY DAWSON
IN SUPPORT OF NOTICE OF REMOVAL

**EXHIBIT C - PAGE 9**

## PROOF OF SERVICE

### *Nock v. Boston Scientific Corp., et al.*

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On March 7, 2011, I served on the interested parties in this action the within document(s) entitled:

### NOTICE OF REMOVAL

[ ]    **BY FAX: -** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]    **BY MAIL: -** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY OVERNIGHT MAIL -** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]    **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** – By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 5 Park Plaza, Suite 1750, Irvine, California 92614.

[ ]    **BY ELECTRONIC SERVICE -** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on March 7, 2011.  The transmission was reported as complete and without error.  My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614.  My e-mail address is pmartin@morganlewis.com.

DB2/22205458.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[  ]   **BY E-FILE** – I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| Douglas Nock, In Pro Per 17 Starlight Isle Ladera Ranch, CA 92694 Tel:  (949) 784-9237 | *Plaintiff In Pro Per* |
| --- | --- |

[ X ]  **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on March 7, 2011, at Irvine, California.

Patricia Martin

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22205458.1

-2-

PROOF OF SERVICE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is _____.

The case number on all documents filed with the Court should read as follows:

## SACV11- 375 DOC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>DOUGLAS NOCK | DEFENDANTS<br>BOSTON SCIENTIFIC CORPORATION, GUIDANT SALES LLC (erroneously<br>sued as Guidant Corp.), and J. RAYMOND ELLIOTT |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br><br>Douglas Nock, Plaintiff In Pro Per<br>17 Starlight Isle<br>Ladera Ranch, CA 92694 | Attorneys (If Known)<br><br>Anne M. Brafford, Esq.<br>Morgan, Lewis & Bockius LLP<br>5 Park Plaza, Suite 1750, Irvine, CA 92614<br>949.399.7000 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☐ 3 Federal Question (U.S.
                                      Government Not a Party)

☐ 2 U.S. Government Defendant    ☑ 4 Diversity (Indicate Citizenship
                                      of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place<br>of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original
    Proceeding
☑ 2 Removed from
    State Court
☐ 3 Remanded from
    Appellate Court
☐ 4 Reinstated or
    Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-
    District
    Litigation
☐ 7 Appeal to District
    Judge from
    Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☑ MONEY DEMANDED IN COMPLAINT: $ 20,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Sections 1441 and 1446. Removal of employment discrimination lawsuit to federal court based on diversity subject matter jurisdiction.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL<br>PROPERTY | PRISONER<br>PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to | ☐ 710 Fair Labor Standards |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product | ☐ 371 Truth in Lending | Vacate Sentence | Act |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | Liability | ☐ 380 Other Personal | Habeas Corpus | ☐ 720 Labor/Mgmt. |
| ☐ 450 Commerce/ICC | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Property Damage | ☐ 530 General | Relations |
| Rates/etc. | ☐ 150 Recovery of | Slander | ☐ 385 Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. |
| ☐ 460 Deportation | Overpayment & | ☐ 330 Fed. Employers' | Product Liability | ☐ 540 Mandamus/ | Reporting & |
| ☐ 470 Racketeer Influenced | Enforcement of | Liability | BANKRUPTCY | Other | Disclosure Act |
| and Corrupt | Judgment | ☐ 340 Marine | ☐ 422 Appeal 28 USC | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product | 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted | Liability | ☐ 423 Withdrawal 28 | FORFEITURE / | Litigation |
| ☐ 490 Cable/Sat TV | Student Loan (Excl. | ☐ 350 Motor Vehicle | USC 157 | PENALTY | ☐ 791 Empl. Ret. Inc. |
| ☐ 810 Selective Service | Veterans) | ☐ 355 Motor Vehicle | CIVIL RIGHTS | ☐ 610 Agriculture | Security Act |
| ☐ 850 Securities/Commodities/ | ☐ 153 Recovery of | Product Liability | ☐ 441 Voting | ☐ 620 Other Food & | PROPERTY RIGHTS |
| Exchange | Overpayment of | ☐ 360 Other Personal | ☑ 442 Employment | Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 | Veteran's Benefits | Injury | ☐ 443 Housing/Acco- | ☐ 625 Drug Related | ☐ 830 Patent |
| USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- | mmodations | Seizure of | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | Med Malpractice | ☐ 444 Welfare | Property 21 USC | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product | ☐ 365 Personal Injury- | ☐ 445 American with | 881 | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization | Liability | Product Liability | Disabilities - | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal | Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW |
| ☐ 893 Environmental Matters | REAL PROPERTY | Injury Product | ☐ 446 American with | ☐ 650 Airline Regs | (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | Liability | Disabilities - | ☐ 660 Occupational | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | Other | Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization | ☐ 440 Other Civil | ☐ 690 Other | FEDERAL TAX SUITS |
| nation Under Equal | ☐ 240 Torts to Land | Application | Rights |  | ☐ 870 Taxes (U.S. Plaintiff |
| Access to Justice | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- |  |  | or Defendant) |
| ☐ 950 Constitutionality of | ☐ 290 All Other Real Property | Alien Detainee |  |  | ☐ 871 IRS-Third Party 26 |
| State Statutes |  | ☐ 465 Other Immigration |  |  | USC 7609 |
|  |  | Actions |  |  |  |

SACV11-00375 DOC(RNBx)

FOR OFFICE USE ONLY:     Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff Douglas Nock - County of Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Boston Scientific Corporation - Incorporated in Delaware - (Principal place of Business: Massachusetts)  /  Guidant Sales LLC - Incorporated in Indiana (Principal Place of Business: Minnesota) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date March 7, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| | Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|---|
| | 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| | 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| | 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| | 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| | 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| | 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |